**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01977-BNB

JOHN NICHOLAS MAHIRKA,

    Plaintiff,

v.

JOHN HICKENLOOPER, Governor,
TOM CLEMENTS, Head of Prisons CDOC,
DAVID ZUPAN, Warden,
DEPUTY DIRECTOR OF PRISONS LARRY REID,
NURSE CAMACHO, Head of Nurses Here,
CO LT. HASUI,
CO BOURNE, and
CO SERGEANT GONZALUS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion to amend the complaint (Doc. #33) filed on September 26, 2011, is DENIED. If the amendments Plaintiff seeks to make are appropriate in this action, he should include those amendments in the amended complaint he has been directed to file pursuant to the court's September 14, 2011 order.

Dated: September 27, 2011