IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01977-BNB

JOHN NICHOLAS MAHIRKA,

    Plaintiff,

v.

JOHN HICKENLOOPER, Governor,
TOM CLEMENTS, Head of Prisons CDOC,
DAVID ZUPAN, Warden,
LARRY REID, Deputy Director of Prisons,
NURSE CAMACHO, Head of Nurses Here,
CO LT. HASUI,
CO BOURNE, and
CO SERGEANT GONZALUS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 4 2011

GREGORY C. LANGHAM
                CLERK

---

ORDER OF DISMISSAL

---

Plaintiff, John Nicholas Mahirka, is a prisoner in the custody of the Colorado Department of Corrections at the Arkansas Valley Correctional Facility in Crowley, Colorado. Mr. Mahirka initiated this action by filing *pro se* two different versions of a Prisoner Complaint (Doc. ##1 and 2) pursuant to 42 U.S.C. § 1983. On September 14, 2011, Magistrate Judge Craig B. Shaffer ordered Mr. Mahirka to file one amended pleading that includes an address for each named Defendant and that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure if he wishes to pursue his claims in this action. Mr. Mahirka was warned that the action would be dismissed without further notice if he failed to file an amended Prisoner Complaint within thirty days.

On September 19, 2011, Mr. Mahirka submitted two letters to the Court (Doc. ##29 and 30), one of which included a request for appointment of counsel. On September 20, 2011, Magistrate Judge Boyd N. Boland entered a minute order denying the request for appointment of counsel as premature. On September 21, 2011, Mr. Mahirka submitted a letter to the Court (Doc. #31) that included another request for appointment of counsel. On September 22, 2011, Magistrate Judge Boland entered a minute order denying the second request for appointment of counsel as premature. On September 26, 2011, Mr. Mahirka submitted a document (Doc. #33) asking to add an additional defendant and amend the request for relief. On September 27, 2011, Magistrate Judge Boland entered a minute order denying the request to amend and directing Mr. Mahirka to include any appropriate amendments in the amended complaint he had been directed to file.

Mr. Mahirka has failed within the time allowed to file an amended Prisoner Complaint as directed. Therefore, the action will be dismissed without prejudice for failure to comply with a court order. Accordingly, it is

ORDERED that the Prisoner Complaints and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with a court order.

DATED at Denver, Colorado, this __24th__ day of ___October___, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01977-BNB

John Nicholas Mahirka
Prisoner No. 52957
Arkansas Valley Correctional Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on October 24, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk